IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRELL WAYNE HOOD,     PLAINTIFF
ADC #116180

v.     4:13CV00518-BSM-JTK

FAULKNER COUNTY DETENTION
CENTER, et al.     DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 8) for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Willie Owens and Sgt. Andrews. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Willie Owens and Sgt. Andrews. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 8) and summons on Defendants Owens and Andrews, in care of the Faulkner County Detention Center, 500 South German Lane, Conway, AR 72034-7014, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 8th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1