## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TERRELL WAYNE HOOD,**                                                      **PLAINTIFF**
**ADC #116180**

**v.**                              **CASE NO. 4:13CV00518 BSM**

**FAULKNER COUNTY DETENTION**
**CENTER, et al.**                                                      **DEFENDANTS**

### ORDER

    The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney, and the objections filed by the plaintiff, have been reviewed.  After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be adopted in their entirety.

    IT IS, THEREFORE, ORDERED that defendants Faulkner County Detention Center, Randall, Vincent, Lasker, McMillian, and Huffman, are dismissed from this action, with prejudice, for failure to state a claim upon which relief may be granted..

    IT IS SO ORDERED this 14th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE