IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRELL WAYNE HOOD                                                                                PLAINTIFF

v.                                                    4:13CV00518-JTK

FAULKNER COUNTY DETENTION
CENTER, et al.                                                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of July, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE